# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PENELOPE POMPA** | ) | **CASE NO.:** |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **WALMART STORES EAST, LIMITED** | ) | |
| **PARTNERSHIP, WALMART, INC. AND** | ) | |
| **WALMART REAL ESTATE BUSINESS** | ) | |
| **TRUST** | ) | |
| **Defendants.** | ) | |
| | ) | **AUGUST 1, 2022** |

## PETITION FOR REMOVAL

NOW COMES Defendants Walmart Stores East, Limited Partnership, Walmart, Inc., and Walmart Real Estate Business Trust (hereinafter, collectively, "Petitioners"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully petition this Honorable Court as follows:

1. Petitioners are Defendants in a civil action bearing Docket No. FBT-CV22-6116532-S pending in the Superior Court of the State of Connecticut, Judicial District of Fairfield at Bridgeport (hereinafter, the "State Court Action"). The Return Date in the State Court Action is August 2, 2022. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2. The Complaint in this action asserts claims of negligence. In the Complaint, Plaintiff Penelope Pompa alleges that on July 12, 2020, she was caused to slip and fall due to the presence of a white slippery substance on the floor of the Walmart store located at 465 Bridgeport Avenue in Shelton, Connecticut. Ex. A, Compl. Count One ¶¶ 2-4, 6-8. As a result of this incident, Plaintiff claims to have suffered various serious and permanent personal injuries and losses. *Id.* at ¶¶ 11-14.

3.	The permanent injuries and losses claimed by Plaintiff include, but are not limited to, musculoligamentous sprain and strain of the cervical, thoracic, and lumbosacral spines; a partial rotator cuff tear of the left shoulder; left knee pain with associated weakness and limitation of motion; disc protrusions at C2-C3, C3-C4, and C6-C7; and a severe shock to her entire nervous system resulting in mental anxiety, depression, headaches, and an inability to eat and sleep.  *Id.* at ¶ 11.  Plaintiff is also claiming past and future medical expenses and inability to engage in her usual activities of daily living.  *Id.* at ¶¶ 12-14.

4.	This action is being removed to the District Court pursuant to 28 U.S.C. §§ 1441(a) and 1332.  In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a.	By Complaint dated June 29, 2022, Plaintiff filed suit against Petitioners.  Service was accomplished upon Petitioners on July 1, 2022 through Petitioners' registered agents for service of process.  *See* Return of Service, attached hereto as **Exhibit B**.  The Complaint seeks venue in the Superior Court of the State of Connecticut, Judicial District of Fairfield at Bridgeport.  *See* Ex. A.

b.	Upon information and belief, Plaintiff is a citizen of the State of South Carolina and her permanent residence/domicile is in Fountain Inn, South Carolina.  *See* Ex. A, Summons.

c.	**Walmart Stores East, Limited Partnership** is a limited partnership duly licensed and registered under the laws of the State of Delaware.  The general partner of Wal-Mart Stores East, LP is WSE Management, LLC and the limited partner is WSE Investment, LLC.  WSE Management, LLC and WSE Investment, LLC are limited liability companies duly licensed and registered under the laws of the State of Delaware.  The sole

member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.  Wal-Mart Stores East, LLC is a limited liability company duly licensed and registered under the laws of the State of Arkansas.  The sole member of Wal-Mart Stores East, LLC is Walmart Inc.  Walmart Inc. is a corporation duly licensed and registered under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas.  Thus, for purposes of diversity jurisdiction, Wal-Mart Stores East, LP is a citizen of the States of Delaware and Arkansas.

d.      **Walmart, Inc.** is a corporation duly licensed and registered under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas.  Thus, for purposes of diversity jurisdiction, Walmart Inc. is a citizen of the States of Delaware and Arkansas.

e.      **Walmart Real Estate Business Trust** is a Delaware statutory trust of which the sole unit holder is Wal-Mart Property Co.  Wal-Mart Property Co. is a corporation duly licensed and registered under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas.  The direct parent of Wal-Mart Property Co. is Wal-Mart Stores East, LP.  Wal-Mart Stores East, LP is a limited partnership duly licensed and registered under the laws of the State of Delaware.  The general partner of Wal-Mart Stores East, LP is WSE Management, LLC and the limited partner is WSE Investment, LLC.  WSE Management, LLC and WSE Investment, LLC are limited liability companies duly licensed and registered under the laws of the State of Delaware.  The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.  Wal-Mart Stores East, LLC is a limited liability company duly licensed and registered under the laws of the State of Arkansas.  The sole member of Wal-Mart Stores East,

LLC is Walmart Inc. Walmart Inc. is a corporation duly licensed and registered under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas. Thus, for purposes of diversity jurisdiction, Wal-Mart Real Estate Business Trust is a citizen of the States of Delaware and Arkansas.

5. In the Complaint, Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim for past and future medical expenses, permanent disability, and emotional distress. Ex. A, Compl. Count One ¶¶ 11-14. Thus, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Petitioners as outlined above and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to Plaintiff's claim occurred within the State of Connecticut and Petitioners are subject to personal jurisdiction in Connecticut.

8. As required by 28 U.S.C. §1446(b)(2), all Defendants who have been properly joined and served consent to the removal of this action.

9. Pursuant to 28 U.S.C. §1446(d), Petitioners have on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Notice of Filing Petition for Removal to Federal Court filed with the Superior Court is attached hereto as **Exhibit B**.

**WHEREFORE,** based upon the foregoing, Petitioners respectfully request that the State Court Action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of the State of Connecticut, Judicial District of Windham at Putnam be discontinued.

Respectfully submitted,

DEFENDANTS,
WALMART STORES EAST, LIMITED
PARTNERSHIP, WALMART, INC., and
WALMART REAL ESTATE BUSINESS TRUST

By: /s/ *Tara A. Sheldon*
Tara A. Sheldon, Esq.(ct29898)
Freeman Mathis & Gary, LLP
185 Asylum Street, 6th
Floor Hartford, CT 06103
Phone: 959-202-5256
Email: tara.sheldon@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph Porto, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Ave., Suite 1D
Hamden, CT 06518
Email: jporto@pppclaw.com
*Counsel for Plaintiff*

/s/ *Tara A. Sheldon*
Tara A. Sheldon, Esq. (ct29898)

5